IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TONKA M. CROSBY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PENNSYLVANIA DEPARTMENT OF )<br>CORRECTIONS, SCI GREENSBURG, )<br>)<br>Defendant. ) | CA 5-341 |

AMBROSE, Chief District Judge.

## ORDER OF COURT

**AND NOW**, this 5th day of January, 2006, the parties to the above-captioned action have reached an amicable settlement of their respective claims and stipulate that the action may be dismissed with prejudice.

It is, accordingly, **ORDERED** that the above-captioned action is hereby **DISMISSED** with prejudice pursuant to Fed.R. Civ.P.41(a)(2). Entry of the foregoing Order is hereby consented to this 5th day of January, 2006.

BY THE COURT:

Donetta W. Ambrose,
Chief U. S. District Judge

Attorney for Plaintiff

Attorney for Defendant

Attorney for Plaintiff

Attorney for Defendant